IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60041
Conference Calendar

_____

EUSTAQUIO VILLATORO-VILLATORO,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

- - - - - - - - - - -
Petition for Review of an Order
of the Board of Immigration Appeals
BIA No. A 74 159 878
- - - - - - - - - - -
October 21, 1997

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Eustaquio Villatoro-Villatoro petitions for review of the Board of Immigration Appeals' decision dismissing his appeal from the immigration judge's decision to deny his application for asylum and for a withholding of deportation. We have reviewed the record and the briefs and determine that the Board's decision is supported by substantial evidence. See Carbajal-Gonzalez v. INS, 78 F.3d 194, 197 (5th Cir. 1996). The petition for review is DENIED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.